IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERALD MILLS and**                                                              **PLAINTIFF**
**YVONNE MILLS**

**v.**                  **CASE NO. 4:20-CV-00073 BSM**

**NATIONSIDE MUTUAL**
**INSURANCE COMPANY**                                          **DEFENDANT**

## **ORDER**

The joint motion to dismiss [Doc. No. 18] is granted, and this case is dismissed with prejudice. The motion for judgment on the pleadings [Doc. No. 12] is denied as moot.

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE