# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GERALD MILLS and**  **PLAINTIFF**
**YVONNE MILLS**

**v.**           **CASE NO. 4:20-CV-00073 BSM**

**NATIONSIDE MUTUAL**
**INSURANCE COMPANY**           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE